# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23MJ8806 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 8, U.S.C., Section 1326 Attempted Entry After Deportation (Felony) |
| Reibhiro GARCIA-Diaz, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about October 24, 2023, within the Southern District of California, defendant, Reibhiro GARCIA-Diaz, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3) and (4), and (557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
MIGUEL FLORES
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 25th day of October, 2023.

_____
HON. MICHAEL S. BERG
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Reibhiro GARCIA-Diaz

## STATEMENT OF FACTS

The complainant states this Complaint and Statement of Facts are based upon the investigative report of Border Patrol Agent (BPA) F. Carrizosa that defendant, Reibhiro GARCIA-Diaz (GARCIA), attempted to enter the United States and was arrested on October 24, 2023, near Calexico, California.

On October 24, 2023, Border Patrol Agent (BPA) D. Rodriguez was patrolling the United States/Mexico International Border approximately 25 miles east of the Calexico, California West Port of Entry. In this area, a 15-foot-tall metal fence marks the boundary between the United States and Mexico. At approximately 4:10 a.m., BPA Rodriguez encountered two individuals walking north bound, approximately .60 miles north from the International Boundary Fence. BPA Rodriguez approached the pair, identified himself as a BPA, and conducted an immigration inspection. One of the individuals questioned, who was later identified as GARCIA, admitted to being a citizen of Mexico without the legal documents to enter, work, or reside in the United States. BPA Rodriguez placed GARCIA under arrest for illegally entering the United States. GARCIA was transported to the El Centro Centralized Processing Center (CPC) for further processing.

Record checks revealed GARCIA was ordered removed from the United States by an Immigration Judge on August 23, 2018. GARCIA was last removed from the United States to Mexico on August 31, 2018, through Laredo, Texas.

There is no evidence showing GARCIA has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to enter the United States.